IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Harris Jr, Charles B | Case Number: 07 B 11662 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 5/6/08 | Filed: 6/29/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 26, 2008
Confirmed: September 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 400.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 189.20 |
| Administrative: | | 189.20 |
| Trustee Fee: | | 21.60 |
| Other Funds: | | 0.00 |
| Totals: | 400.00 | 400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Debra J Vorhies-Levine | Administrative | 3,000.00 | 189.20 |
| 2. | Illinois Dept of Revenue | Priority | 631.60 | 0.00 |
| 3. | Illinois Dept Of Healthcare And Family | Priority | 2,380.90 | 189.20 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 956.00 | 0.00 |
| 5. | Illinois Dept Of Healthcare And Family | Unsecured | 120.47 | 0.00 |
| 6. | Illinois Dept of Revenue | Unsecured | 11.28 | 0.00 |
| 7. | Dynasty Properties | Unsecured | | No Claim Filed |
| 8. | Calumet City Water Dept. | Unsecured | | No Claim Filed |
| 9. | Account Recovery Service | Unsecured | | No Claim Filed |
| 10. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 11. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 12. | Illinois Dept Of Human Service | Unsecured | | No Claim Filed |
| 13. | Medical Collections | Unsecured | | No Claim Filed |
| 14. | University Of Chicago Physicians | Unsecured | | No Claim Filed |
| 15. | Nicor Gas | Unsecured | | No Claim Filed |
| 16. | Peter Drugas | Unsecured | | No Claim Filed |
| 17. | IC System Inc | Unsecured | | No Claim Filed |
| 18. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 7,100.25 | $ 378.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 21.60 |
| | _____ |
| | $ 21.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Harris Jr, Charles B | Case Number:  07 B 11662 |
| | Judge:  Squires, John H |
| Printed:  5/6/08 | Filed:  6/29/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

